**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION AT DAYTON

Case number *(if known)* _____   Chapter   11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Brainerd Industries Incorporated |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 31-1513081 |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 680 Precision Court<br>Miamisburg, OH 45342<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Montgomery<br>County | **Location of principal assets, if different from principal place of business**<br>680 Precision Court Miamisburg, OH 45342<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   www.brainerdindustries.com

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Brainerd Industries Incorporated                                    Case number (*if known*)
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   3329

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor   Brainerd Industries Incorporated                               Case number (*if known*)
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____   When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   Brainerd Industries Incorporated                              Case number (*if known*)
         Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|--|--|--|--|
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Brainerd Industries Incorporated            Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 21, 2023
                MM / DD / YYYY

**X**    /s/ Gregory W. Fritz           Gregory W. Fritz
     Signature of authorized representative of debtor      Printed name

Title    President

**18. Signature of attorney**

**X**    /s/ Patricia J. Friesinger          Date    March 21, 2023
     Signature of attorney for debtor                      MM / DD / YYYY

Patricia J. Friesinger 0072807
Printed name

Coolidge Wall Co., L.P.A.
Firm name

33 West First Street, Suite 200
Dayton, OH 45402
Number, Street, City, State & ZIP Code

Contact phone    937-223-8177      Email address    friesinger@coollaw.com

0072807 OH
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Brainerd Industries Incorporated |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION AT DAYTON |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| AES<br>PO BOX 2631<br>Dayton, OH 04541 | | | | | | $52,394.15 |
| BDO<br>PO BOX 642743<br>Pittsburgh, PA 15264 | | | | | | $38,940.80 |
| Calfee, Halgter & Griswold LLP<br>1405 East Sixth St<br>Cleveland, OH 44114 | | | | | | $12,777.50 |
| Centerpoint Energy/Vectren<br>PO Box 4849<br>Houston, TX 77210 | | | | | | $17,157.60 |
| Chaparral Steel<br>PMB#63,300-2 McCombs Rd.<br>Chaparral, MN 88081 | | | | | | $8,087.52 |
| Clark Schaefer Hackett<br>One East Fourth St Ste 1200<br>Cincinnati, OH 45202 | | | | | | $9,792.00 |
| EmployeeBridge Midwest 1, dba ResourceMF<br>c/o Rick Thomas III, Thomas & Thomas Att<br>2323 Park Avenue<br>Cincinnati, OH 45206 | | | | | | $271,531.65 |
| Fifth Third Bank<br>PO Box 740789<br>Cincinnati, OH 45274 | | | | | | $11,966.50 |

Debtor  **Brainerd Industries Incorporated**  Case number *(if known)* _____
  Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Frost Brown Todd Attorneys<br>PO BOX 5716<br>Cincinnati, OH 45201 | | | | | | $111,115.61 |
| IGS-electric-delivery<br>PO Box 936613<br>Atlanta, GA 31193 | | | | | | $50,379.35 |
| IGS-Gas-delivery<br>PO Box 936626<br>Atlanta, GA 31193 | | | | | | $18,599.20 |
| Lowes Business Acct<br>PO Box 530970<br>Atlanta, GA 30353 | | | | | | $4,594.09 |
| Miami Industrial Trucks<br>PO BOX 632616<br>Cincinnati, OH 45263 | | | | | | $9,684.53 |
| Minutemen<br>Dept, 781648<br>PO Box 78000<br>Detroit, MI 48278 | | | | | | $178,337.46 |
| Newport Group Inc.<br>1350 Treat Blvd.<br>Suite 300<br>Walnut Creek, CA 94597 | | | | | | $4,490.00 |
| NKS<br>560 Santa Rosa Drive<br>Des Planes, IL 60018 | | | | | | $34,425.38 |
| Planes Commercial Services<br>PO BOX 636589<br>Cincinnati, OH 45263 | | | | | | $13,255.80 |
| Sam's Club/Synchrony Bank<br>PO Box 530981<br>Atlanta, GA 30353 | | | | | | $13,640.82 |
| Sk Rigging Co. Inc,<br>PO BOX 62092<br>Cincinnati, OH 45262 | | | | | | $29,314.40 |
| The Sherrwin Williams Co.<br>10488 Chester Rd,<br>Cincinnati, OH 45215 | | | | | | $11,665.00 |

AES
PO BOX 2631
Dayton, OH 04541

AirGas USA llc
P O Box 734445
Chicago, IL 60673

Allstrap Steel & Poly Strapping Systems
1719 Kenny Road
Columbus, OH 43212

Alta Fiber ( Cin Bell)
PO Box 748003
Cincinnati, OH 45274

Apelles, LLC
PO Box 1578
Middletown, OH 45042-1578

Apollo Propane Inc
PO BOX 1689
Dayton, OH 45401

Applied Industrial Technologies
25510 Network Place
Chicago, IL 60673

Aqua Falls
7606 Dayton Springfield Rd
Fairborn, OH 45324

Argon Masking Inc
345 W. Chestnut Ave.
Monrovia, CA 91016

Associated Scale LLC
11150 Stephens Rd.
North Bend, OH 45052

ATT
PO Box 5019
Carol Stream, IL 60197

ATT
PO Box 537104
Atlanta, GA 30353-7104

ATT
PO Box 5080
Carol Stream, IL 60197

Avery Dennison- Graphics
96586 Collection Ctr.
Chicago, IL 60693

```
Batteries Plus
206 Springboro Pk.
Dayton, OH 45449

BDI- Bearing Distributors
1436 Cincinnati St
Dayton, OH 45408

BDO
PO BOX 642743
Pittsburgh, PA 15264

BEI Trailers
PO Box 370
Monroe, OH 45050

Benchmark Industrial Inc,
950 Claycraft Rd.
Gahanna, OH 10439

Bond Corp
4237 W. Ann Lurie Place
Chicago, IL 60632

BP
PO Box 70887
Charlotte, NC 28272

Calfee, Halgter & Griswold LLP
1405 East Sixth St
Cleveland, OH 44114

Calvary Industries, Inc
PO Box 713838
Cincinnati, OH 45271

CCC of NY
34 Seymour St
Tonawanda, NY 14150

CCL Label
17700 Foltz Pkwy
Strongsville, OH 44149

Centerpoint Energy/Vectren
PO Box 4849
Houston, TX 77210

Central Steel & Wire Company, LLC
PO BOX 734082
Chicago, IL 60673

Chaparral Steel
PMB#63,300-2 McCombs Rd.
Chaparral, MN 88081
```

```
Cintas
PO BOX 630803
Cincinnati, OH 45263

Clark Schaefer Hackett
One East Fourth St Ste 1200
Cincinnati, OH 45202

Clingan Steel
2525 Archer Avenue
ElkGrove Village, IL 60007

Coface N.A. Collections
1035 W.Street Suie 201
Chicago, IL 60607-1726

Cortech LLC
PO BOX 532271
Atlanta, GA 30353

Coyote LogisticsLLC
PO BOX 742636
Atlanta, GA 30374

Credibly
25200 Telegraph Rd Suite 350,
Southfield, MI 48033

Credit Control LLC
3300 Rider Trail S.
Earth City, MO 63045

Crown Staffing
PO BOX 734013
Chicago, IL 60673

CST Co.
PO Box 33127
Louisville, KY 40232-3127

Dayton Area Chamber of Commerce
8 North Main St. Suite 100
Dayton, OH 45402

Dayton Fire Protection
PO BOX 397
Vandalia, OH 45377

EIT LLC
309 Kelly's Ford Plaza SE
Leesburg, VA 20175

ELTek of Indiana Inc
1863 Lammers Pike Rd.
Batesville, IN 47006
```

```
EmployeeBridge Midwest 1 ,dba ResourceMF
c/o Rick Thomas III, Thomas & Thomas Att
2323 Park Avenue
Cincinnati, OH 45206

Euler Hermes Collections NA
800 Red Brook Blvd Suite 400C
Owings Mills, MD 21117

Everest
5 West 37th Street Suite 1100
New York, NY 10018

Fairway Capital Recovery LLC
4000 Executive Pk Dr  300
Cincinnati, OH 45241

Fed  Exp Freight
PO BOX 223125
Pittsburgh, PA 15251

Federal Express Corp
PO Box 371461
Pittsburgh, CO 15250

Ferrellgas
PO BOX 173940
Denver, CO 80217

Fifth Third Bank
PO Box 740789
Cincinnati, OH 45274

FIIX/Rockwell Automation Inc
1201 S. Second St
Milwaukee, WI 53204

Financial Pacific lease
3455 S. 344th Way Ste 300
Federal Way, WA 98001

Financial Pacific Lease
3455 S. 34th Way, Ste. 300
Auburn, WA 98001

Firefighter Safe
440 Fame Rd.
Dayton, OH 45449

Flexcon Company Inc
ATT A/R
PO BOX 904
Spencer, MA 01562
```

```
Forever Fund
8 Campus Drive
Parsippany, NH 07054

Frost Brown Todd Attorneys
PO BOX 5716
Cincinnati, OH 45201

Fujifilm North America Corp
PO Box 200308
Pittsburgh, PA 15251

Fundkite
88 Pine St 17fl
New York, NY 10005

Great Am Fin-copier
PO Box 660831
Dallas, TX 75266

Great Am. Finance
PO Box 66081
Dallas, TX 75266

Greenpoint Metals
PO BOX 206281
Dallas, TX 75320

Greenville Technologies Inc.
5755 State Route 571 E
Greenville, OH 45331

Greg Fritz
680 Precision Ct,Miamisburg 45342
Miamisburg, OH 45342

Home Depot Credit Services
Dept 32-2140522370.
POBox 70614
Philadelphia, PA 19176

Huntington
POBox 182232
Columbus, OH 43218

IGS-electric-delivery
PO Box 936613
Atlanta, GA 31193

IGS-Gas-delivery
PO Box 936626
Atlanta, GA 31193
```

Industrial Burner Services
7306 Harrison Avenue
Cincinnati, OH 45247

Instrulab
1205 Lamar
Dayton, OH 45404

Insulecto
20362 Windrow Drive
Lake Forest, CA 92630

Internal Revenue Service Center
PO Box 105703
Atlanta, GA 30348-5703

Internal Revenus Service
PO box 105887
Atlanta, GA 30348-5887

IRS
Cincinnati OH
OH 45999

Isolved Benefits Services
PO BOX 889
Coldwater, MI 49036

Johnson Controls
9685 Cincinnati Dayton Rd
Cincinnati, OH 45069

Keating Muething & Klekamp PLL
1400 Provident Tower
1 E. 4thSt
Cincinnati, OH 45202

Kendall Electric
PO BOX 671121
Detroit, MI 48267

Korrect Inc
7970 W.Third St
Dayton, OH 45427

Lincoln National Insurance
PO Box 0821
Carol Stream, IL 60132

Lowes Business Acct
PO Box 530970
Atlanta, GA 30353

Marlin Fin-Software
300 Fellowship Rd.
Mt Laurel, NJ 08054

Marlin Finance
300 Fellowship Rd.
Mount Laurel, NJ 08054

McCarthy Burgess & Wolfs
26000 Cannon Rd
Bedford, OH 44146

Metro Fire Protection
7748 Wildcat Rd.
Huber Heights, OH 45424

Miami Industrial Trucks
PO BOX 632616
Cincinnati, OH 45263

Midwest Industrial Equipment
PO BOX 1869
Piqua, OH 45356

Millcraft Paper Co
PO Box 72466
Cleveland, OH 44192

Millcraft Paper Co.
PO Box 72466
Cleveland, OH 44192

Millcraft/ Huntington
1405 Xenium Lane N (PCC180)
Plymouth, MN 55441

Minutemen
Dept, 781648
PO Box 78000
Detroit, MI 48278

Montgomery County Auditor
John McManus Tres
451 W. Third St
Dayton, OH 45481

Morgan Cohen & Bach
7225N Mona LisaRd. Suite200
Tucson, AZ 85741

MSC Industrial Supply Co.
PO BOX 953635
St Louis, MO 63195

```
Nazdar Company
PO BOX 71097
Chicago, IL 60694

Nebula Solutions
303 Corporate Center Dr Ste  300
Vandalia, OH 45377

Newport Group Inc.
1350 Treat Blvd. Suite 300
Walnut Creek, CA 94597

Nickerson Business Supplies
876 A Lebanon St
Monroe, OH 45050

NKS
560 Santa Rosa Drive
Des Planes, IL 60018

Northwind Safety Corporation
PO BOX 223125
Plain City, OH 43064

Ohio  Dept of Taxation-School
PO Box 182389
Columbus, OH 43218

Ohio  State Treasurer
PO BOX 182131
C olumbus, OH 43215

Ohio Job & Family Services
POBox 923
Columbus, OH 43216

Planes Commercial Services
PO BOX 636589
Cincinnati, OH 45263

PosterGuard
PO BOX 669390
Pomano Beach, FL 33066

Premier Health
POBOX  932733
Cleveland, OH 44193

Printer's Edge
4965 Mahoning Ave. NW
Warren, OH 44483

Quality Model & Patterrn
2663 Elmridge NW
Grand Rapids, MI 49534
```

```
RAPCA-Public Health Dayton & Montgomery
117 South Main St
Dayton, OH 45422

RFM- Resource for Manufacturing
PO BOX 1002
Springboro, OH 45066

Robert Shaw
Avenida Lauro Villar 900, km 4
Tamaulipas
Mattamoros, MX 87470

Ronda Reynolds
680 Precision Ct,Miamisburg 45342
Miamisburg, OH 45342

Ronda Reynolds
681 Precision Ct,Miamisburg 45342

Rumpke of Ohio Inc
10795 Hughes Rd
Cincinnati, OH 45251

Rush Transportation /Logistics
PO BOX 2810
Dayton, OH 45401

Sam's Club/Synchrony Bank
PO Box 530981
Atlanta, GA 30353

Sheakley
PO BOX 465603
Cincinnati, OH 45246

Shiver Security Systems
6404 Thornberry Ct Unit 410
Mason, OH 45040

Shred It/Stericycle
28883 Network Place
Miamisburg, OH 45243

Siemens S.A. de C.V.
Ejercito Nacional No. 350, 3er piso, Col
Delegación Miguel Hidalgo
Mexico City, MX 11560

Simens Energy
Libramiento Arco Vial Poniente Km 4.2, E
Santa Catarina, NL, C.P., MX 66350
```

```
Sk Rigging Co. Inc,
PO BOX 62092
Cincinnati, OH 45262

Smithers Quality Assessments Inc
PO BOX 76165
Cleveland, OH 44101

Stanley Steemer International Inc.
824 Space Dr.
Beavercreek, OH 45434

Staples Credit Plan
PO Box 70612, Dept 51-7813995429
Philadelphia, PA 19176

State of Ohio
PO BOX 2678
Columbus, OH 43216

Superior industrial Solutions
PO BOX 1869
Indianapolis, IN 04620-6186

The L.S. Starrett Company
121 Crescent Street
Athol, MA 01331

The Packline Co.
1675 Fritz Dr.
Trenton, MI 48183

The Sherrwin Williams Co.
10488 Chester Rd,
Cincinnati, OH 45215

Tiger Drylac U.S.A.
PO BOX 62321
Baltimore, MD 21264-2321

Toyota Finance Services
PO Box 4102
Carol Stream, IL 60197

Toyota Financial Services
PO Box 4102
Carol Stream, IL 60197

U.S. Small Business Administration
PO 3918
Portland, OR 97208

Uline
PO Box 88741
Chicago, IL 60680
```

```
Univar Solutions
62190 Collections Center Drive
Chicago, IL 60693

UPS
PO BOX 809488
Chicago, IL 60680

Veolia Water Tech
945 S Brown School Rd
Vandalia, OH 45377

Verliance Inc
43525 Ridge Park Dr Suite 300
Temecula, CA 92590

Wells Fargp Bank
PO Box  77101
Minneapolis, MN 55480

Westmoreland Plastics Company
135 Gertrude Street
Latrobe, PA 15650

XACT
5800 Foxridge Dr Ste 406
Mission, KS 66202
```

# United States Bankruptcy Court
## Southern District of Ohio, Western Division at Dayton

In re  Brainerd Industries Incorporated

Debtor(s)

Case No. 

Chapter  11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Brainerd Industries Incorporated  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Fritz Business Trust
680 Precision Ct, Miamisburg 45342
Miamisburg, OH 45342

Gregory W. Fritz
680 Precision Ct, Miamisburg 45342
Miamisburg, OH 45342

☐ None [*Check if applicable*]

March 21, 2023

Date

/s/ Patricia J. Friesinger

Patricia J. Friesinger 0072807

Signature of Attorney or Litigant

Counsel for  Brainerd Industries Incorporated

Coolidge Wall Co., L.P.A.
33 West First Street, Suite 200
Dayton, OH 45402
937-223-8177 Fax:937-223-6705
friesinger@coollaw.com