**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: March 22, 2023**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 23-30432 |
| | : | |
| BRAINERD INDUSTRIES INCORPORATED | : | Chapter 11 |
| | : | |
| | : | Judge Guy R. Humphrey |
| DEBTOR-IN-POSSESSION. | : | |

**ORDER AND NOTICE GRANTING DEBTOR'S MOTION FOR AN EXPEDITED HEARING AND SCHEDULING AN EXPEDITED HEARING ON THE FIRST DAY MOTIONS OF THE DEBTOR AND DEBTOR IN POSSESSION (DOC. 9)**

This matter is before the Court upon the *Motion of Debtor and Debtor in Possession, for an Expedited Hearing on its First Day Motions* [Doc. 9] (the "Motion") filed herein on March 22, 2023, which include the following first day motions (collectively, "First Day Motions"):

1. Emergency Motion of the Debtor and Debtor-In-Possession for an Interim Order Under 11 U.S.C. §§ 105(a), 361, 362 and 363, Federal Bankruptcy Rules 2002, 4001 and 9014, and Local Rule 4001-2: (I) Authorizing Debtor to use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling and Approving the Form and Method of Notice of Final Hearing; and (V) Granting Related Relief (Doc. 5);

    2. Motion of Debtor, Brainerd Industries, Inc., for an Order: (A) Authorizing Debtor to Obtain Interim and Final Post-Petition Financing; (B) Scheduling a Final Hearing on the Motion Pursuant to Bankruptcy Rule 4001, and (C) Granting Related Relief (Doc 6);

    3. Motion for Interim and Final Orders (A) Prohibiting Utilities From Altering, Refusing or Disconnecting Services to, or Discriminating Against the Debtor; (B) Determining that the Utilities are Adequately Assured of Future Payment; and (C) Requesting a Final Hearing (Doc. 8) ("Utilities Motion").

    4. Motion of Debtor and Debtor In Possession for Entry of an Order: (I) Authorizing Debtor to Pay: (A) Prepetition Employee Wages, Salaries, and Related Items, (B) Prepetition Employee Business Expenses, (C) Prepetition Employee Payroll Deductions and Withholdings, (D) Prepetition Employee Benefits, (E) All Costs and Expenses Incident to the Foregoing Payments and Contributions; and (II) Granting Certain Related Relief (Doc. 7)

The Court has considered the information contained in the Motion and finds that cause exists to conduct an expedited hearing on the Debtor's First Day Motions.

IT IS ORDERED that the Motion is granted. The First Day Motions shall be heard on **Friday, March 24, 2023 at 9:30 a.m. (Eastern Time)** (the "Hearing") before United States Bankruptcy Judge Guy R. Humphrey in the West Courtroom on the first floor of the United States Bankruptcy Court, 120 W. Third Street, Dayton, Ohio 45402.

IT IS FURTHER ORDERED that parties in interest that seek to oppose the relief requested in the First Day Motions may do so by filing an objection prior to the Hearing and prosecuting the objection at the Hearing or by raising their objections orally during the Hearing.

IT IS FURTHER ORDERED counsel shall serve a copy of the First Day Motions on any entity with an interest in the collateral by hand delivery, electronic means, or overnight service when possible, and otherwise as required by Bankruptcy Rule 4001(b)(1).

IT IS FURTHER ORDERED counsel shall serve a copy of the Utilities Motion (Doc. 8) on all affected utilities by hand delivery, electronic means, or overnight service when possible, and otherwise by U.S. Mail.

IT IS FURTHER ORDERED that all First Day Motions, not otherwise addressed in this order, shall be served on all parties receiving notice of the Hearing by electronic means or U.S. Mail.

IT IS FURTHER ORDERED that proposed counsel shall make every effort to serve this order on the following parties by hand delivery, electronic means, or overnight service when possible, and otherwise by U.S. Mail: (a) U.S. Trustee; (b) 20 largest unsecured creditors; (c) the holders of all secured claims; and (d) all the affected utility companies.

IT IS FURTHER ORDERED that, **not later than March 22, 2023**, counsel for the Debtor and Debtor in Possession shall complete the required service, and promptly file a certificate of service.

IT IS SO ORDERED.

Copies to: Default List